# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOANNE DOWD

    Plaintiff,                                 Case No.:

vs.

CREDIT CONTROL, LLC

    Defendant.

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Credit Control, LLC ("Credit Control") hereby removes this action from the Lycoming County Court of Common Pleas, Pennsylvania. As grounds for removal, Credit Control states as follows:

1. On January 26, 2023, Plaintiff filed a lawsuit captioned Joanne Dowd v. Credit Control, LLC, Case No. CV22-01045 in the Lycoming County Court of Common Pleas, State of Pennsylvania (the "State Court Action").

2. Credit Control was served a copy of the Petition and Summons on April 14, 2023. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on Credit Control of the "Notice and Summons" and Plaintiff's initial pleading.

3. In accordance with 28 U.S.C. § 1446(a), copies of the Petition, all process, pleadings, and orders in the State court action are attached hereto as **Exhibit A**.

4. A civil cover sheet is attached hereto as **Exhibit B**.

5. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

1

6. The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

7. As is stated in Plaintiff's Petition, this case arises under federal law—more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 *et. seq*.

8. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

9. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Middle District of Pennsylvania is the federal court for the district and division embracing the place where the State court action is pending (*i.e.*, Lycoming County, Pennsylvania).

10. Credit Control has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of Lycoming County, Court of Common Pleas, State of Pennsylvania, at or about the same time as this filing.

11. Plaintiff made a request for jury trial in the State Court Action.

12. Defendant reserves the right to amend or supplement this Notice of Removal and further reserves the right to raise all defenses or objections.

WHEREFORE, Defendant Credit Control, LLC. gives notice that this action is hereby removed from the Lycoming County Court of Common Pleas, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

Dated: May 1, 2023

                            **LIPPES MATHIAS LLP**

                            /s Brendan H. Little
                            Brendan H. Little, Esq.
                            Attorneys for Defendant
                            50 Fountain Plaza, Suite 1700
                            Buffalo, NY 14202
                            P: 716-853-5100
                            F: 716-853-5199
                            E: blittle@lippes.com