# Exhibit A

| | |
|---|---|
| Joanne Dowd<br>58 Lakeside Drive<br>Muncy Valley, PA 17758<br><br>          Plaintiff<br><br>v.<br><br>Credit Control, LLC<br>3300 Rider Trail S, Suite 500<br>Earth City, MO 63045<br><br>          Defendant | IN THE LYCOMING COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. CV22-01045<br><br>Jury Trial Demanded |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by plaintiff(s). You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

| | |
|---|---|
| IF YOU DO NOT HAVE A LAWYER<br>CONTACT:<br><br>Pennsylvania Bar Association<br>Lawyer Referral Service<br>100 South Street<br>P.O. Box 186<br>Harrisburg, PA 17108-0186<br>Telephone (800) 692-7375 | IF YOU CANNOT AFFORD A LAWYER,<br>YOU MAY BE ELIGIBLE FOR LEGAL<br>AID THROUGH:<br><br>North Penn Legal Services<br>Penn Tower Building<br>25 W. Third Street, Suite 400<br>Williamsport, PA 17701<br>Telephone (570) 323-8741 |

| | |
|---|---|
| Joanne Dowd,<br>     Plaintiff<br>v.<br>Credit Control, LLC,<br>     Defendant | IN THE LYCOMING COUNTY<br>COURT OF COMMON PLEAS<br><br>Civil Action<br><br>No. CV22-01045<br><br>Jury Trial Demanded |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "the Act"). Defendant illegally disclosed information about Plaintiff to a third-party, in direct violation of the Act.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3. Venue in this Court is proper in that Plaintiff resides here, the conduct complained of occurred here, and Defendant transacts business here.

### III. PARTIES

4. Plaintiff is a natural person residing at 58 Lakeside Drive, Muncy Valley, PA, 17758.

5. Plaintiff is, and at all relevant times was, a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Credit Control, LLC is an entity with an address of 3300 Rider Trail S, Suite 500, Earth City, MO 63045.

7. The principal purpose of Defendant's business is the collection of debts.

8. Defendant has reason to believe that a non-trivial portion of the accounts that it collects are for obligations for which the money, property, insurance or services which were the subjects of the transactions were primarily for personal, family, or household purposes.

9. Defendant has reason to believe that it is probably true that the principal purpose of its business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. Defendant regularly attempts to collect debts asserted to be due to another. The term "debt" is used in this allegation as that term is defined by 15 U.S.C. § 1692a(5).

11. Defendant is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## IV. STATEMENT OF CLAIM

12. The foregoing paragraphs are incorporated herein by reference.

13. Congress enacted the Act to prevent real harm. Congress found that "abusive debt collection practices [we]re carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce." 15 U.S.C. § 1692(d).

14. One of the abusive debt collection practices the Act was designed to curb was "invasions of individual privacy." 15 U.S.C. § 1692(a).

15. In order to help achieve this goal, the Act prohibits, absent a few exceptions not relevant to the present matter, a debt collector from communicating with a third-party in connection with the collection of a debt. 15 U.S.C. § 1692c(b).

16. Credit Control, LLC is a company which was attempting to collect an alleged debt ("the Debt") from Plaintiff.

17. On or shortly before December 2, 2021, Credit Control, LLC decided to send a letter to Plaintiff regarding the Debt.

Doc ID: 9a2882a3b36ca485e32aa878f51adfa464acf4ce

18. However, rather than preparing and mailing the letter to Plaintiff on its own, Credit Control, LLC chose to utilize a third-party vendor to perform these services on its behalf. The factual contentions in this paragraph will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

19. As part of this process, Credit Control, LLC conveyed information regarding the Debt to the third-party vendor.

20. The information Credit Control, LLC conveyed to the third-party included Plaintiff's name, address, status as a debtor, as well as the precise amount of the Debt and the entity to which Plaintiff allegedly owed the Debt.

21. The conveyance of this information to the third-party constituted a "communication" as that term is defined in 15 U.S.C. § 1692a(2).

22. The conveyance of this information to the third-party was a communication made in connection with the collection of a debt. *See Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir.), *reh'g en banc granted, opinion vacated*, 17 F.4th 1103 (11th Cir. 2021)(case dismissed on jurisdictional grounds); *Khimmat v. Weltman, Weinberg and Reis Co., LPA*, --- F. Supp.3d ---, 2022 WL 356561 (E.D. Pa. Feb. 7, 2022); *Jackin v. Enhanced Recovery Co., LLC*, --- F. Supp.3d ---, 2022 WL 2111337 (E.D. Wash. June 10, 2022).

23. The third-party then, at the direction of Credit Control, LLC, utilized this information to generate and mail a letter to Plaintiff.

24. This collection letter was a "communication" as that term is defined in 15 U.S.C. § 1692a(2).

25. The collection letter was mailed on or about December 2, 2021. A redacted copy of this collection letter is attached as Exhibit A.

3

26. Plaintiff never consented to Credit Control, LLC communicating with the third-party vendor in connection with the collection of the Debt.

27. By improperly conveying information regarding Plaintiff to a third-party in connection with the collection of a debt, Credit Control, LLC violated 15 U.S.C. § 1692c(b). *See Hunstein v. Preferred Collection & Mgmt. Servs., Inc.*, 17 F.4th 1016 (11th Cir.), *reh'g en banc granted, opinion vacated*, 17 F.4th 1103 (11th Cir. 2021)(case dismissed on jurisdictional grounds); *Khimmat v. Weltman, Weinberg and Reis Co., LPA*, --- F. Supp.3d ---, 2022 WL 356561 (E.D. Pa. Feb. 7, 2022); *Jackin v. Enhanced Recovery Co., LLC*, --- F. Supp.3d ---, 2022 WL 2111337 (E.D. Wash. June 10, 2022)

28. WHEREFORE, Plaintiff demands judgment against Defendant for statutory damages of no more than $1,000.00, costs, attorney's fees, and such other and further relief as deemed just and proper.

V. DEMAND FOR JURY TRIAL

29. Plaintiff demands a trial by jury as to all issues so triable.

*[signature]*

Brett Freeman
Bar Number: PA 308834
Freeman Law
210 Montage Mountain Road
Moosic, PA 18507
Attorney for Plaintiff
Phone (570) 589-0010

Doc ID: 9a2882a3b36ca485e32aa878f51adfa464acf4ce

## CERTIFICATION OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

*/s/ Brett Freeman*

Brett Freeman
Bar Number: PA 308834
Freeman Law
210 Montage Mountain Road
Moosic, PA 18507
Attorney for Plaintiff
Phone (570) 589-0010

5

## Verification of Complaint and Certification by Plaintiff

Plaintiff, Joanne Dowd, being duly sworn according to law, deposes as follows:

1. I am a plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass the Defendant, cause unnecessary delay to the Defendant, or create a needless increase in the cost of litigation to the Defendant, named in the Complaint.

5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01 / 23 / 2023                                   *joanne dowd*

                                                              Joanne Dowd, Plaintiff

## EXHIBIT A

Letter Dated December 2, 2021

Doc ID: 9a2882a3b36ca485e32aa878f51adfa464acf4ce

| | Credit Control, LLC | |
|---|---|---|
| Letter Date | 3300 Rider Trail S, Suite 500 | Hours of Operation (ET): |
| 12/02/2021 | Earth City, MO 63045 | M - TH 9a.m. - 6p.m. |
| | 877-431-7784 | F 8a.m. - 5p.m. |

## Your Account Information

Current Creditor: LVNV Funding LLC
Original Creditor: Credit One Bank, N.A.

Our Acct.#:
Orig. Acct.#: 
Amount Due: $1,838.55

## Savings Options

Dear Joanne Dowd, please be advised, our client, LVNV Funding LLC, has placed the above-referenced account with our office for collection. We have developed the following option(s) for you to resolve your account for less than the total Amount Due.

1. Resolve your account in 1 payment of $920.00. You save $918.55!
2. Resolve your account in 6 consecutive monthly payments of $169.00. You save $824.55!
3. Resolve your account in 12 consecutive monthly payments of $92.00. You save $734.55!

Upon completion of one of the options above, your account will be considered resolved. This offer will remain open until 12/23/2021. We are not obligated to renew this offer.

## Payment Instructions

- Make a payment via our website at www.credit-control.com.
- Submit payment via U.S. mail to: PO BOX 100, HAZELWOOD MO 63042.
  Please include your account number in the memo section of your check or money order.
- Call us toll-free at 877-431-7784 to make payment arrangements. Calls are recorded and may be monitored for quality assurance purposes. You may ask for Mike Riley.

## Please Read Important Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

NOTICE: DISCLOSURES MAY CONTINUE ON THE REVERSE SIDE

PO BOX 51790
LIVONIA MI 48151-5790

RETURN SERVICE REQUESTED

Doc ID: 9a2882a3b36ca485e32aa878f51adfa464acf4ce

1. Resolve your account in [illegible] of $921.00 to save $915.65
2. Resolve your account in 6 payments of [illegible] $75.69 to you save $824.55
3. Pay [illegible] of $921.00 you save $732.55

[illegible] to renew this offer.

## Payment Instructions

- Make a payment via our website at www.credit-control.com.
- Submit payment via U.S. mail to: PO BOX 160, HAZELWOOD MO 63042.
  Please include your account number in the memo section of your check or money order.
- Call us toll-free at 877-431-7764 to make payment arrangements. Calls are recorded and may be monitored for quality assurance purposes. You may ask for Iyike Riley.

## Please Read Important Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

NOTICE: DISCLOSURES MAY CONTINUE ON THE REVERSE SIDE

PO BOX 51790
LIVONIA MI 48151-5790

RETURN SERVICE REQUESTED

JOANNE DOWD
58 LAKESIDE DR
MUNCY VALLEY PA 17758-[illegible]

**Dropbox** Sign

Audit trail

| | |
|---|---|
| Title | Complaint.pdf |
| File name | Complaint.pdf |
| Document ID | 9a2882a3b36ca485e32aa878f51adfa464acf4ce |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| SENT | 01 / 23 / 2023<br>18:23:40 UTC | Sent for signature to Joanne Dowd (sekeeta24@gmail.com) from shannon@freeman.law<br>IP: 73.101.254.150 |
| VIEWED | 01 / 23 / 2023<br>19:08:16 UTC | Viewed by Joanne Dowd (sekeeta24@gmail.com)<br>IP: 129.222.82.97 |
| SIGNED | 01 / 23 / 2023<br>19:35:21 UTC | Signed by Joanne Dowd (sekeeta24@gmail.com)<br>IP: 129.222.82.97 |
| COMPLETED | 01 / 23 / 2023<br>19:35:21 UTC | The document has been completed. |

Powered by **Dropbox** Sign

**COURT OF COMMON PLEAS**
**LYCOMING COUNTY, PENNSYLVANIA**
**CASE MONITORING NOTICE**

| | |
|---|---|
| Joanne Dowd,<br>　　　　　　Plaintiff<br>　　v.<br><br>Credit Control, LLC<br>　　　　　　Defendant | Docket No. CV22-01045<br><br>Civil Action |

I. This matter is:

　　___ Mortgage Foreclosure (file once an Answer has been filed). Time needed for trial ___ (1 day) ___ (½ day).

　　___ Credit Card Collection Case (file once an Answer has been filed)
　　a) ___ Arbitration. ($50,000 or less) Time needed for discovery? ___ months
　　b) ___ Trial. Time needed for discovery? ___ months

　　___ Forfeiture (file once an Answer has been filed)

　　___ Administrative Agency Appeal (file with Notice of Appeal)

　　X General Civil Case (file with Complaint):
　　a) ___ Arbitration. ($50,000 or less) Time needed for discovery? 9 months
　　b) ___ Fast track (4 month discovery period)
　　c) _X_ Normal track (9 month discovery period)
　　d) ___ Complex track (12 month discovery period)
　　e) ___ Medical Malpractice (14 month discovery period)

　　___
　　Other. Action requested: None

II. Jury trial demanded? X___Yes ___ No

III. Please note any special scheduling concerns: None

Name of filing counsel or pro se party:
Brett Freeman for Plaintiff
Address: FREEMAN LAW, 210 Montage Mountain Road, Moosic, PA 18705
Telephone: 570-589-0010
Email address: brett@freeman.law

Opposing counsel or pro se party: not yet known.