# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joanne Dowd,<br>            Plaintiff<br>   v.<br>Credit Control, LLC,<br>            Defendant | Docket No. 4:23-CV-727-MWB<br><br>(CHIEF JUDGE MATTHEW W. BRANN) |

## **ORDER**

Upon consideration of the Consent Motion to Stay Case, it is hereby ordered that the motion is GRANTED. This matter is stayed pending further order of the Court. Within 30 days of the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925, the parties shall file a status report informing the Court of the result, and asking the Court to lift the stay.

Date:_____          _____
                                                                        Matthew W. Brann
                                                                        United States District Judge