# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joanne Dowd,<br>　　　　Plaintiff<br>　v.<br>Credit Control, LLC,<br>　　　　Defendant | Docket No. 4:23-CV-727-MWB<br><br>(CHIEF JUDGE MATTHEW W. BRANN) |

## ORDER

May 11, 2023

Upon consideration of the Consent Motion to Stay Case, it is hereby ordered that the motion is GRANTED. This matter is stayed pending further order of the Court. Within 30 days of the Third Circuit's decision in *Barclift v. Keystone Credit Services, LLC*, No. 22-1925, the parties shall file a status report informing the Court of the result, and asking the Court to lift the stay.

　　　　　　　　　　　　　　　　　　　　　　*s/ Matthew W. Brann*
　　　　　　　　　　　　　　　　　　　　　　Matthew W. Brann
　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge