# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joanne Dowd,<br>　　　　　Plaintiff<br><br>　　v.<br><br>Credit Control, LLC,<br>　　　　　Defendant | Docket No. 4:23-cv-727-MWB<br><br>(Judge Matthew W. Brann)<br><br>ELECTRONICALLY FILED |

## JOINT STATUS REPORT

On February 16, 2024, the Third Circuit Court of Appeals issued a decision in *Barclift v. Keystone Credit Services, LLC*, Case No. 22-1295. A copy of the *Barclift* decision is attached hereto. In *Barclift*, the court found that a consumer—who asserted the same type of claim that was asserted by the Plaintiff here—lacked standing to proceed in Federal Court. The parties agree that *Barclift* is controlling here. Because Plaintiff's claim was initially filed in the Lycoming County Court of Common Pleas, and was then removed by Defendant, the case should be remanded back to state court. The parties therefore request that the Court enter an order remanding the case back to the Lycoming County Court of Common Pleas.

| | |
|---|---|
| *s/ Brett M. Freeman*<br>Brett M. Freeman | *s/ Brendan H. Little (with consent)*<br>Brendan H. Little |

| | |
|---|---|
| Bar Number PA 308834 | Bar Number PA 317322 |
| FREEMAN LAW | LIPPES MATHIAS, LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 50 Fountain Plaza, Suite 1700 |
| Lake Ariel, PA 18436 | Buffalo, NY 14202 |
| P: (570) 589-0010 | P: 716-853-5100 |
| F: (570) 456-5955 | F: 716-853-5199 |
| Email: brett@freeman.law | Email: blittle@lippes.com |