IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANNE DOWD, | No. 4:23-CV-00727 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| CREDIT CONTROL, LLC, | |
| Defendant. | |

## ORDER

**MARCH 8, 2024**

**AND NOW,** upon consideration of Joint Status Report and the parties request that the Court enter an Order remanding the case back to Lycoming County Court of Common Pleas (Doc. 5), **IT IS HEREBY ORDERED** that:

1. The case is **REMANDED** to the Court of Common Pleas of Lycoming County, Pennsylvania.

2. The Clerk of Court is **DIRECTED** to close the federal case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge